# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Debra Laverne Ferguson <br> *Plaintiff* <br> v. <br> Andrew Saul, <br> Acting Commissioner of Social Security Administration <br> *Defendant* | ) ) ) Civil Action No. 9:18-cv-1530-DCC ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court affirms the decision of the Commissioner.


This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins Jr, United States District Judge.


Date: September 23, 2019

*CLERK OF COURT*

s/Chelsea Pegram-Conner
*Signature of Clerk or Deputy Clerk*